# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

ANTHONY HILL,

                                   Petitioner,

              vs.

DOMINGO URIBE, Warden,

                                   Respondent.

CASE NO. 09cv1327-LAB (CAB)

**ORDER DENYING CERTIFICATE OF APPEALABILITY**

        In a separate order, the Court denied the petition for writ of habeas corpus.  For reasons set forth in that order, the Court finds the standard for issuance of a certificate of appealability, *see Lambright v. Stewart*, 220 F.3d 1022, 1025 (9th Cir. 2000), is not met here. The certificate of appealability is therefore **DENIED**.

        **IT IS SO ORDERED**.

DATED:  February 7, 2011

**HONORABLE LARRY ALAN BURNS**
United States District Judge

10cv1327